STATE OF NEW JERSEY v. DONALD WEBER.

November 9, 1982.

Petition for certification denied.

NEW JERSEY DIVISION OF YOUTH AND FAMILY
SERVICES v. T.A.

November 9, 1982.

Petition for certification denied.

NELSON GONZALEZ v. JAMES FRANCO AND CITY
OF PATERSON.

November 9, 1982.

Leave to appeal is granted and the judgment of the Superior Court, Law Division, is summarily modified to direct that the trial court review the personnel file of Police Officer James Franco *in camera* and transfer to the plaintiff copies of only such documents as are pertinent to the present case. *State v. Kaszubinski,* 177 *N.J.Super.* 136 (Law Div.1980). Jurisdiction is not retained.